UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Conrad Rostvet, individually and as trustee for North Dakota Workforce Safety & Insurance,<br><br>Plaintiff,<br><br>vs.<br><br>Lock City Transportation Company, Inc., a Michigan corporation; Smart-Hose Technologies, Inc., a Pennsylvania corporation; American Crystal Sugar Company; a Minnesota corporation, and Smart-Hose, Inc., a Pennsylvania corporation,<br><br>Defendants. | Case No.: 2:11-CV-21<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

IT IS HEREBY STIPULATED by and between the above-named parties, through their respective lawyers, that the above-entitled action, including the cross-claim of American Crystal Sugar Company against Lock City Transportation Company, Inc., be and the same hereby is DISMISSED, with prejudice, and on its merits, and without costs to any of the parties.

Dated this 11th day of June, 2014.

SOLBERG STEWART MILLER

BY: _____
Daniel E. Phillips (#05092)
Frannie Schlossman (#07283)
Mike Miller (#03419)
1123 Fifth Avenue South
PO Box 1897
Fargo, ND 58107-1897
Telephone: 701.237.3166
Email: dphillips@solberglaw.com
ATTORNEYS FOR PLAINTIFF

Dated this 25th day of Sept., 2014.

                                      FREDRICKSON & BYRON, P.A.
                                BY: /s/ Benjamin J. Hasbrouck
                                      Benjamin J. Hasbrouck
                                      51B Broadway, Suite 402
                                      Fargo, ND  58102-4970
                                      Telephone: 701.237.8200
                                      Email:  Bhasbrouck@fredlaw.com
                                      ATTORNEYS FOR DEFENDANT AMERICAN
                                      CRYSTAL SUGAR COMPANY

Dated this 10th day of June, 2014.

                                      VOGEL LAW FIRM
                                BY: /s/ M. Daniel Vogel
                                      M. Daniel Vogel (#03198)
                                      Robert B. Stock (#05919)
                                      218 NP Avenue
                                      PO Box 1389
                                      Fargo, ND  58107-1389
                                      Telephone: 701.237.6983
                                      Email:  dvogel@vogellaw.com
                                                rstock@vogellaw.com
                                      ATTORNEYS FOR DEFENDANT LOCK CITY
                                      TRANSPORTATION COMPANY, INC.